IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:16-CV-00251-KDB

| | |
|---|---|
| DONNA C. STEWART, <br><br> **Plaintiff,** <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> **Defendant.** | **ORDER** |

**THIS MATTER** being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $14,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the § 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,260.00.

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's Counsel, Charlotte W. Hall, the sum of $14,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $3,260.00 and upon payment of such sums, this case is dismissed with prejudice.

**SO ORDERED.**

Signed: August 12, 2020

Kenneth D. Bell
United States District Judge